UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　*Plaintiff*,<br><br>v.<br><br>ONE 2019 LEXUS ES350, VIN 58ABZ1B15KUO10694,<br>　*Defendant*.<br><br>[CLAIMANT: JUAN FONTANEZ] | Civil No.<br><br><br><br><br><br><br><br>December 10, 2024 |

## VERIFIED COMPLAINT OF FORFEITURE

　　Now comes Plaintiff, United States of America, by and through its attorneys, Vanessa Roberts Avery, United States Attorney for the District of Connecticut, and David C. Nelson, Assistant United States Attorney, and respectfully states that:

1. This is a civil *in rem* action brought to enforce the provisions of 21 U.S.C. § 881(a)(4) because the vehicle constitutes a conveyance which was used, or intended to be used, to facilitate the transportation, sale, receipt, possession or concealment of a controlled substance, both in violation of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq*.

2. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 & 1355. Venue is appropriate in the District of Connecticut by virtue of 28 U.S.C. § 1395(b).

3. The *In Rem* Defendant is: One 2019 Lexus ES350, VIN 58ABZ1B15KU010694 ("Defendant Vehicle").

4. The Defendant Vehicle is located within the jurisdiction of this Court.

1

5. On September 15, 2024, Juan Fontanez submitted an administrative claim of ownership to the Defendant Vehicle.

**Background of Investigation**

6. In or around the end of 2023, law enforcement investigated a Drug Trafficking Organization ("DTO") operating in the greater New Haven, Connecticut and shorelines areas. This DTO was distributing cocaine, fentanyl and heroin.

7. Law enforcement identified the members of the DTO as consisting of Luis Rodriguez, Ashley Cordova ("Cordova"), and Jermaine Monteith.

8. Law enforcement learned that Luis Rodriguez stashed drugs at Nyasia Rodriguez's residence located at 157 Lloyd Street, New Haven, Connecticut ("157 Lloyd") on behalf of the DTO.

9. Nyasia Rodriguez is the sister of Juan Fontanez, the registered owner of the Defendant Vehicle.

10. Law enforcement believes that Cordova and Luis Rodriguez are in a relationship.

11. Cordova and Luis Rodriguez reside at 106 Watch Hill Road, Branford, Connecticut ("106 Watch Hill").

12. Law enforcement has surveilled the Defendant Vehicle being parked at 106 Watch Hill and have observed both Cordova and Luis Rodriguez leaving their residence and driving the Defendant Vehicle on multiple occasions.

13. Law enforcement observed the Defendant Vehicle being used during the controlled purchase of narcotics. The following is a summary of such occurrences:

    a. On February 17, 2024, Cordova was observed driving the Defendant Vehicle to make a controlled purchase of illegal narcotics;

    b. On February 27, 2024, Luis Rodriguez was observed driving to a controlled purchase location where he purchased fentanyl laced with xylazine;

    c. On April 2, 2024, Luiz Rodriguez was observed driving the Defendant Vehicle to sell fentanyl and xylazine;

    d. On June 24, 2024, Cordova left 157 Lloyd Street driving the Defendant Vehicle, where law enforcement believed that the DTO stored illegal narcotics;

    e. On June 29, 2024, Cordova was seen driving the Defendant Vehicle to effectuate a controlled purchase of illegal narcotics;

    f. On July 5, 2024, Luis Rodriguez was observed parked in front of 157 Lloyd Street in the Defendant Vehicle and transporting illegal narcotics into the residence; and

    g. On July 8, 2024, Luis Rodriguez drove the Defendant Vehicle to 157 Lloyd Street and parked in front of the residence.

14. Besides the dates listed above, between the dates of January 2, 2024, and April 19, 2024, law enforcement observed either Luis Rodriguez or Cordova operating the Defendant Vehicle at least ten separate times.

15. On July 12, 2024, law enforcement executed Federal Search and Seizure Warrants for, inter alia, the Defendant Vehicle, 157 Lloyd Street, and 106 Watch Hill Road.

16. Law enforcement stopped the Defendant Vehicle in Branford, with both Luis Rodriguez and Cordova inside and seized $1,625.00 from Luis Rodriguez and $2,090.00 from Cordova. Also seized from Cordova, when she was in the Defendant Vehicle, were

phone chargers and cords, a bag containing children's toys and clothes, and a child's cars seat. Also seized from the Defendant Vehicle were pink pills in an orange prescription bottle with the label removed.

17. From 106 Watch Hill Road, law enforcement seized $25,470.00, and from 157 Lloyd Street, law enforcement seized $61,690.00.

18. During the timeframe of law enforcement's investigation into the DTO, they observed Luis Rodriguez, not Juan Fontanez, having the Defendant Vehicle serviced multiple times, which is typically the responsibility of the owner of a vehicle.

19. Luis Rodrigues and Cordova were both charged with federal violations of: Conspiracy to Distribute and Possession with the Intent to Distribute fentanyl and cocaine; and Possession with the Intent to Distribute and Distribution of Fentanyl.

## CONCLUSION

Based on the above information, it is believed that: One 2019 Lexus ES350, VIN 58ABZ1B15KU010694 constitutes a conveyance which was used, or intended to be used, to facilitate the transportation, sale, receipt, possession or concealment of a controlled substance in violation of 21 U.S.C. § 881(a)(4).

Wherefore, the United States of America prays that a Warrant of Arrest In Rem be issued for: One 2019 Lexus ES350, VIN 58ABZ1B15KU010694; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

The United States requests trial by jury.

                                      VANESSA ROBERTS AVERY,
                                      UNITED STATES ATTORNEY

By:   /S/ David C. Nelson
        David C. Nelson (ct25640)
        Assistant U.S. Attorney
        157 Church Street, 24th Floor
        New Haven, Connecticut 06510
        Tel:   (203) 821-3700
        Fax:   (203) 773-5373
        David.C.Nelson@usdoj.gov

## **DECLARATION**

I am a Task Force Officer with the Federal Bureau of Investigation, United States Department of Justice, and the individual assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of December, 2024.

/s/ William Coppola
WILLIAM COPPOLA
TASK FORCE OFFICER, FBI